In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-25-00305-CV

_____

ADKINS STEEL, INC., Appellant

V.

BRAUN INTERTEC CORPORATION, Appellee

On Appeal from the 172nd District Court
Jefferson County, Texas
Trial Cause No. 24DCCV0082

MEMORANDUM OPINION

Adkins Steel, Inc., Appellant, filed an unopposed motion to dismiss this accelerated appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See id*. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on November 12, 2025
Opinion Delivered November 13, 2025

Before Golemon, C.J., Johnson and Chambers, JJ.